IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE, AND ANNUITY FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>HUBERT PLUMBING & HEATING CO., INC., and BRANDON SCHRAGE, individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No. 22-cv-484-SMY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER

**YANDLE, District Judge:**

This matter is before the Court on Plaintiffs' Motion for Audit and Default Judgment (Doc. 9). Plaintiffs filed the instant action against Defendants Hubert Plumbing & Heating Co., Inc. and Brandon Schrage on March 10, 2022, alleging violations of the Employment Retirement Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1131, *et seq*. (Doc. 1). Defendants were served with a copy of the summons and Complaint on March 21, 2022 (Docs. 5, 6). Defendants failed to answer Plaintiffs' Complaint or otherwise plead, and a Clerk's Entry of Default was made on June 1, 2022 (Doc. 8).

The Court has reviewed the motion and supporting documentation and finds that Plaintiffs have established entitlement to default judgment against the Defendants. However, Plaintiffs indicate that complete damages cannot be computed without an audit. Therefore, Plaintiffs' Motion for Audit and Default Judgment (Doc. 9) is **GRANTED in part**. Default judgment is **DENIED** without prejudice. The Court **GRANTS** injunctive relief and **ORDERS** Defendants Hubert Plumbing & Heating Co., Inc. and Brandon Schrage to submit all of their payroll records

and books necessary for an audit.  The audit shall be completed for the determination of any amounts due and owing for the period beginning **January 1, 2014, until the present**.  The documents are to be submitted to Counsel for Plaintiffs (Thomas R. Kelly, Kelly & Kelly, LLC, 6 East Washington St., Belleville, Illinois 62220) within **thirty (30) days** of the date of this Order.

Plaintiffs are **DIRECTED** to serve a copy of this Order on the Defendants by appropriate means and file proof of same with the Clerk of the Court.  The Court **GRANTS** Plaintiffs leave to move for final default judgment upon the completion of the audit.

**IT IS SO ORDERED.**

DATED:  January 26, 2023

*[signature]*

**STACI M. YANDLE**
**United States District Judge**